RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Humberto Guzman-Virgen

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

2:21-cr-00004-RFB-DJA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00924-BNW USA |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE PRELIMINARY HEARING** (Second Request) |
| HUMBERTO GUZMAN-VIRGEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Humberto Guzman-Virgen, that the Preliminary Hearing currently scheduled on January 22, 2021 at 8:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      The parties have resolved this matter and are awaiting a change of plea and sentencing date before the district court.

2.    In order to allow an efficient resolution to this matter, the parties request the preliminary hearing be continued beyond the date of the anticipated change of plea and sentencing.

3.    Defendant is incarcerated and does not object to a continuance.

4.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 15th day of January, 2021.


RENE L. VALLADARES                          NICHOLAS A. TRUTANICH
Federal Public Defender                     United States Attorney


  */s/ Andrew Wong*                            */s/ Jared Grimmer*
By_____                 By_____
ANDREW WONG                                 JARED GRIMMER
Assistant Federal Public Defender           Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

HUMBERTO GUZMAN-VIRGEN,

               Defendant.

Case No. 2:20-mj-00924-BNW USA

**ORDER**

     Based on the Stipulation of counsel and good cause appearing,

     IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 22, 2021 at the hour of 8:30 a.m., be vacated and continued to March 18, 2021, at 2:00 PM.

     DATED this 15th day of January, 2021.

                                    _____

                                  UNITED STATES MAGISTRATE JUDGE

3