RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Humberto Guzman-Virgen

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00004-RFB-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE CHANGE OF PLEA/SENTENCING HEARING** (First Request) |
| HUMBERTO GUZMAN-VIRGEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Humberto Guzman-Virgen, that the Change of Plea/Sentencing Hearing currently scheduled on March 11, 2021 at 3:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1.      Counsel for the defendant will be in trial on March 8, 2021.  Trial is expected to last one week.

2.      In order to ensure continuity of defense counsel, the parties request that the change of plea and sentencing be continued to March 18, 2021 or the earliest available date on the Court's calendar.

3.      The defendant is in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the first request for a continuance of the Change of Plea/Sentencing hearing.

DATED this 4th day of March, 2021.

RENE L. VALLADARES                    CHRISTOPHER CHIOU
Federal Public Defender               Acting United States Attorney

By /s/ Andrew Wong                    By /s/ Jared Grimmer
ANDREW WONG                           JARED GRIMMER
Assistant Federal Public Defender     Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

HUMBERTO GUZMAN-VIRGEN,

                Defendant.

Case No. 2:20-cr-00004-RFB-DJA

**<u>ORDER</u>**

      IT IS THEREFORE ORDERED that the Change of Plea/Sentencing hearing currently scheduled for Thursday, March 11, 2021 at 3:00 p.m., be vacated and continued to <u>March 18, 2021</u> at the hour of <u>1</u> : <u>00</u> <u>p</u> .m.; or to a time and date convenient to the court.

      DATED this <u>4th</u> day of March, 2021.

                              _____

                              RICHARD F. BOULWARE, II
                              UNITED STATES DISTRICT JUDGE